

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 05-30337

CR 03-257K

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ROBERT THOMAS

    Defendant - Appellant

United States Court of Appeals
Fifth Circuit
**FILED**
April 3, 2006
Charles R. Fulbruge III
Clerk

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of April 3, 2006, for want of prosecution. The appellant failed to timely file a brief and record excerpts.

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _/s/ Sarah L. Holmes_
    Sarah Holmes, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

\_\_ Fee \_\_\_\_
\_\_ Process \_\_\_\_
X  Dktd \_\_\_\_
\_\_ CtRmDep \_\_\_\_
\_\_ Doc. No. \_\_\_\_

A True Copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _/s/_
Deputy
New Orleans, Louisiana
APR - 3 2006

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 on **April 24, 2006**. All correspondence expected to arrive at the court on or after April 24, 2006 must be sent to this address.

April 3, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

        No. 05-30337 USA v. Thomas
        USDC No. 2:03-CR-257-2

Enclosed is a certified copy of the judgment issued as the mandate.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

By: _____
      Sarah Holmes, Deputy Clerk
      504-310-7689

cc: w/encl:
    Mr Robert Thomas
    Mr William P Gibbens

MDT-1