UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATE OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 03-0257 |
| ROBERT THOMAS | SECTION "K" |

### J U D G M E N T

Considering the Order and Opinion filed July 25, 2012, denying defendant Robert Thomas's motion for post conviction relief,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the United States of America and against Robert Thomas, dismissing with prejudice his motion for post-conviction relief pursuant to 28 U.S.C. §2255.

New Orleans, Louisiana, this 25th day of July, 2012

.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE